IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN JOSEPH WALSH,

    Petitioner,

v.                                                                                     4:16cv531–WS/GRJ

SECRETARY, DEP'T
OF CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 59) docketed May 1, 2019. The magistrate judge recommends that Kevin Joseph Walsh's second amended petition for writ of habeas corpus be denied. Walsh has filed objections (ECF No. 21) to the magistrate judge's report and recommendation regarding claims one and two of his nine-claim second amended petition for writ of habeas corpus.

Having reviewed the record in light of Walsh's objections, the undersigned finds no meritorious basis for rejecting the magistrate judge's report and

recommendation as to any of Walsh's nine claims, including claims one and two. Like the magistrate judge, the undersigned finds that Walsh has failed to show that he is entitled to relief under 28 U.S.C. § 2254. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 58) is hereby ADOPTED and incorporated by reference into this order.

2. Walsh's motion (ECF No. 60) requesting expansion of the record is GRANTED. The court has considered the exhibits attached to the motion but nonetheless finds that relief is due to be denied.

3. Walsh's second amended petition for writ of habeas corpus (ECF No. 27) is DENIED.

4. The clerk shall enter judgment stating: "The petitioner's second amended petition for writ of habeas corpus is DENIED."

5. A certificate of appealability is DENIED.

6. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this ___17th___ day of ___June___, 2019.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE